UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSHUA KNIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:23-CV-1431-G-BN |
| JAMES LEWIS SNOW, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case ("the FCR") (docket entry 9), to which the plaintiff Joshua Knight ("Knight") filed a response, *see* docket entry 10. Through his response, titled Original Petition for Suit, Knight recognizes that he may have filed this lawsuit in the wrong venue.

The District Court reviewed the proposed findings, conclusions, and recommendation for plain error and, finding no error, the court **ACCEPTS** the FCR. But, considering that Knight's response reflects that none of the events he alleges occurred in this district, the court elects to dismiss Knight's lawsuit without prejudice

to his ability to re-file this lawsuit in a court that Knight believes has jurisdiction over his claims.

**SO ORDERED**.

September 11, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**